Jimmy D. REYNOLDS *v.* Jerry WATTS, A Law Enforcement Officer in his Official Capacity and Personally

93-507                                                    864 S.W.2d 870

Supreme Court of Arkansas
Opinion delivered December 6, 1993

*Woodruff Law Firm*, by: *Ronald G. Woodruff*, for appellant.

*Winston Bryant*, Att'y Gen., by: *Victra L. Fewell*, Asst. Att'y Gen., for appellee.

STEELE HAYS, Justice. Appellant Jimmy D. Reynolds brought

this action against Officers Jerry Watts (appellee) and Harold Moe, alleging use of excessive force in the arrest of Jimmy D. Reynolds. The trial court granted a motion to dismiss as to Harold Moe and Reynolds has appealed. The action still pends as to Jerry Watts.

We dismiss the appeal for lack of compliance with Ark. R. Civ. P. 54(b), an indispensable element of our jurisdiction which we address on our own. *State Farm Mutual Automobile Insurance Company* v. *Thomas*, 312 Ark. 429, 850 S.W.2d 4 (1993).

Appeal Dismissed.